J. David Bickham (SBN 145449)
dbickham@reedsmith.com
Meghan K. Landrum (SBN 222264)
mklandrum@reedsmith.com
REED SMITH LLP
101 Second Street, Suite 1800
San Francisco, CA 94105-3659

**Mailing Address:**
101 Second Street, Suite 1800
San Francisco, CA 94105-3659

Telephone:   +1 415 543 8700
Facsimile:    +1 415 391 8269

Attorneys for Defendant
BASF CORPORATION

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY WILLEMS,<br><br>                    Plaintiff,<br><br>       vs.<br><br>BASF CORPORATION, and DOES 1 through 50, inclusive,<br><br>                    Defendants. | No.: 1:10-cv-00172-LJO-MJS<br><br>Hon. Lawrence J. O'Neill<br>Magistrate Judge Michael J. Seng<br><br>**STIPULATION AND ORDER TO CONTINUE SETTLEMENT CONFERENCE DATE SET FORTH IN SCHEDULING CONFERENCE** |

WHEREAS the Court has entered the June 9, 2010 Scheduling Order establishing the date and time for the Settlement Conference as January 26, 2011 at 9:00 a.m.; and

WHEREAS the parties are undertaking ongoing discovery in this action, an extension of the Settlement Conference date until April 14, 2011 would allow the parties sufficient time to complete further necessary discovery prior to any settlement discussion; therefore

IT IS STIPULATED AND AGREED that the Settlement Conference date be continued to April 14, 2011 or such date thereafter that may be convenient for the court.

Dated: January 24, 2011         REED SMITH LLP

By   */s/ Meghan K. Landrum*
J. David Bickham
Meghan K. Landrum
Attorneys for Defendant
BASF CORPORATION

Dated: January 24, 2011         LAW OFFICE OF D. MITCHELL TAYLOR

By   */s/ D. Mitchell Taylor*
D. Mitchell Taylor
Attorney for Plaintiff
GREGORY WILLEMS

## ORDER

**IT IS HEREBY ORDERED** that the Settlement Conference set for January 26, 2011 at 9:00 a.m. be continued until April 28, 2011 at 1:30 pm and that all related deadlines be continued accordingly.

IT IS SO ORDERED.

Dated:   January 24, 2011         /s/ *Michael J. Seng*
UNITED STATES MAGISTRATE JUDGE