D. MITCHELL TAYLOR (SBN 109444)
Law Office of D. Mitchell Taylor
mitchtaylor1@sbcglobal.net
599 East Serena Avenue
Fresno, CA 93720

Telephone: (559) 434-9024
Facsimile: (559) 434-9026

Attorney for Plaintiff,
Gregory Willems

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY WILLEMS ) | Case No.: 1:10CV00172-LJO-MJS |
| ) | |
| Plaintiff, ) | Hon. Lawrence J. O'Neill |
| ) | Magistrate Judge Michael J. Seng |
| v. ) | |
| ) | **STIPULATION FOR DISMISSAL WITH** |
| ) | **PREJUDICE; ORDER** |
| BASF CORPORATION, and DOES 1 ) | |
| through 50, inclusive, ) | |
| ) | |
| Defendants. ) | |
| ) | |

  It is hereby stipulated, between plaintiff, Gregory Willems and defendant BASF Corporation, by and through their respective counsel of record, that the Court may make and enter its Order dismissing this action in its entirety with prejudice.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

---

STIPULATION FOR DISMISSAL WITH PREJUDICE; [PROPOSED] ORDER

1  DATED: June 8, 2011                     LAW OFFICES OF D. MITCHELL TAYLOR

3                                          By: */s/D. Mitchell Taylor*
                                               D. Mitchell Taylor, Attorney for Plaintiff,
4                                              Gregory Willems

7  DATED: June 8, 2011                     REED SMITH LLP

9                                          By: */s/J. David Bickham*
                                               J. David Bickham
10         Q                                   Attorney for Defendant BASF Corporation

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

**The Clerk is directed to close this action in its entirety.**

IT IS SO ORDERED.

**Dated:   June 10, 2011**              /s/ Lawrence J. O'Neill
                                        UNITED STATES DISTRICT JUDGE

No.: 1:10-cv-00172-LJO-MJS          – 2 of 2 –

STIPULATION FOR DISMISSAL WITH PREJUDICE; [PROPOSED] ORDER